FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

July 1, 2015

Steven Todd Jumes
Varghese & Smith
420 Throckmorton #200
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-14-00445-CR
                                     02-14-00446-CR
                                     02-14-00447-CR

        Trial Court Case Number:     1368270D
                                     1350042D
                                     1350041D

Style:  Michael Raynard Speace Jr.
        v.
        The State of Texas

        Please take note that no oral argument was requested by either party in the above case and the case will be submitted **without oral argument** on **Wednesday, July 22, 2015**, before a panel consisting of Chief Justice Livingston, Justice Gardner and Justice Sudderth. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

                                     Respectfully yours,

                                     DEBRA SPISAK, CLERK

                                     *Debra Spisak*

                                     By: Rene Wallace, Deputy Clerk